# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| LINA HILL | } | CASE NO. 18-82774-CRJ-13 |
| SSN: XXX-XX-0768 | } | |
| | } | CHAPTER 13 |
| | } | |
| Debtor. | } | |
| | | |
| LINA HILL | } | AP NO.  19-80011-CRJ-13 |
| | } | |
| Plaintiff, | } | |
| v. | } | |
| | } | |
| BANK OF AMERICA and | } | |
| CARRINGTON MORTGAGE | } | |
| SERVICES, LLC | } | |
| Defendants. | } | |

### ORDER OF REFERRAL TO MEDIATION

On August 21, 2019, the Court held a Status Conference in the above-captioned Adversary Proceeding. Appearing at the hearing were John Larsen, Esq., and Kevin Heard, Esq., counsel for the Plaintiff; Kevin C. Gray, Esq., counsel for Bank of America; Christopher A. Bottcher, Esq., counsel for Carrington Mortgage Services, LLC; and Richard Blythe, Esq., counsel for the Bankruptcy Administrator.

During the hearing, the Court determined that this Adversary Proceeding is appropriate for mediation and the parties agreed to participate in mediation following discovery. The parties further agreed that mediation of this Adversary Proceeding should be conducted concurrently with mediation in a related Adversary Proceeding styled *Breach v. Carrington Mortgage Services, LLC and Bank of America*, AP No. 18-80089-CRJ-13.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

1. J. Thomas Corbett, Esq., is appointed as Mediator in this Adversary Proceeding.

2. The Mediator shall begin mediation on or after **September 16, 2019**. The parties shall contact the Mediator within ten (10) days to schedule the date for the mediation.

3. Each party must have a representative attend the mediation. The representative must have complete and unrestricted authority to settle the matter. The representative attending the mediation must not have need to obtain further or additional settlement authority from anyone not attending the mediation.

4. The Mediator shall file a Final Status Report with the Court stating that mediation is completed and whether settlement was reached within three (3) days of completing mediation.

Dated this the 27th day of August, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge