UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: } | | |
| LINA HILL } | CASE NO. 18-82774-CRJ-13 | |
| SSN: XXX-XX-0768 } | | |
| } | CHAPTER 13 | |
| } | | |
| Debtor. } | | |
| | | |
| LINA HILL } | AP NO. 19-80011-CRJ-13 | |
| } | | |
| Plaintiff, } | | |
| v. } | | |
| } | | |
| BANK OF AMERICA and } | | |
| CARRINGTON MORTGAGE } | | |
| SERVICES, LLC } | | |
| Defendants. } | | |

**ORDER TO SHOW CAUSE WHY DEFENDANT BANK OF AMERICA N.A.
SHOULD NOT BE SANCTIONED**

On October 7, 2019, Plaintiff filed a Motion to Compel, seeking an Order compelling Defendant Bank of America, N.A. to respond to Plaintiff's Request for Production of Documents and to appear for depositions. The Plaintiff asserts that as of October 7, 2019, Bank of America, N.A. has failed to produce any documents requested pursuant to Plaintiff's Request for Production of Documents, Request for Admissions, and Interrogatories dated March 29, 2019. The Plaintiff further asserts that Bank of America, N.A. has failed to make a representative of the Defendant available for depositions prior to the Mediation scheduled in this Adversary Proceeding beginning on October 30, 2019.

The Court has considered the requested relief and hereby by places Bank of America, N.A. on notice that if the Court finds that the Defendant's failure to produce the requested documents

and failure to schedule depositions was done without any legal authority or reasonable basis sanctions may be imposed against the Defendant. *See Marrama v. Citizens Bank of Mass. (In re Marrama)*, 549 U.S. 365, 376 (2007)(explaining that bankruptcy courts may sanction abusive litigation practices pursuant to the court's inherent powers and 11 U.S.C. § 105(a)).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that counsel for Bank of America, N.A. must appear on **Wednesday, October 16, 2019** at **9:30 a.m.** before the Honorable Clifton R. Jessup, Jr. at the United States Bankruptcy Court, 400 Well Street, Decatur, AL 35601 and show cause why sanctions should not be imposed against Bank of America, N.A. based upon Defendant's failure to produce requested documents and failure to schedule depositions.

Dated this the 9th day of October, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge